IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSIE VILLARREAL,<br>Individually and on behalf of all others<br>similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>**BURTON OIL SERVICE OPERATIONS, LLC,<br>PRESTON BURTON and BEN BURTON**<br><br>*Defendants* | § § § § § § § § § § § § | Civil Action No. 5:17-cv-00566-OLG<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)** |

### JOINT MOTION FOR LEAVE TO SEAL EXHIBIT TO JOINT MOTION FOR CONFIDENTIAL APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Pursuant to Local Rule CV-5.2, Plaintiffs Jessie Villarreal and Alejandro Hernandez (collectively, "Plaintiffs"), and Defendants Burton Oil Service Operations, LLC, Preston Burton and Ben Burton (collectively, "Defendants") (Plaintiffs and Defendants are collectively, the "Parties"), file this Joint Motion for Leave to Seal Exhibit "A" to their Joint Confidential Approval ("Motion") of Settlement Agreement ("Agreement") (filed as an attachment to this Joint Motion to Seal). Because the Agreement has a confidentiality provision, the Parties respectfully request that the Court grant this motion sealing Exhibit "A" to their Motion pursuant to the protocol outlined in Local Rule CV-5.2.

Agreed and respectfully submitted:

| | |
|---|---|
| */s/ Allen F. Gardner* | */s/ Clif Alexander* |
| **Allen F. Gardner** | **Clif Alexander** |
| Texas Bar No. 24043679 | Texas Bar No. 24064805 |
| **ALLEN GARDNER LAW, PLLC** | **ANDERSON2X, PLLC** |
| 609 S. Fannin | 819 N. Upper Broadway |
| Tyler, Texas 75701 | Corpus Christi, Texas 78401 |
| Telephone: (903) 944-7537 | Telephone: (361) 452-1279 |
| Facsimile: (903) 944-7856 | Facsimile: (361) 452-1284 |
| allen@allengardnerlaw.com | clif@a2xlaw.com |
| **ATTORNEY-IN-CHARGE FOR DEFENDANTS** | **ATTORNEY-IN-CHARGE FOR PLAINTIFFS** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander